AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE
2005 JAN 27 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS

Jue Zhang

V.

Michael Goldfinger, M.D. and
Shraga Goldberg, M.D.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12735 PBS

TO: (Name and address of Defendant)

Michael Goldfinger, M.D.
11 Crescent Hill Avenue
Lexington, MA 02420

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 30 2004
DATE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 20, 2005

I hereby certify and return that on 1/19/2005 at 1:48PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MICHAEL GOLDFINGER, M.D. at , 11 CRESCENT HILL Avenue, LEXINGTON, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($7.68) Total Charges $46.68

*Deputy Sheriff*

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                               Signature of Server

                                         _____
                                         Address of Server



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.