UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -3  P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JUE ZHANG,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL P. GOLDFINGER, M.D., and<br>SHRAGA N. GOLDBERG, M.D.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. NO. 04-12735PBS<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR TRIBUNAL BY THE DEFENDANT, SHRAGA N. GOLDBERG, M.D., PURSUANT TO M.G.L., CHAPTER 231, §60B

The defendant, Shraga N. Goldberg, M.D., hereby moves this Honorable Court to convene a Medical Malpractice Tribunal pursuant to M.G.L., Chapter 231, Section 60B, and states in support of this Motion the following:

1. This is an action that includes allegations of malpractice, mistake or error against a provider of health care;

2. The Complaint includes allegations of negligence;

3. The defendant is entitled by statute to a Tribunal hearing on the allegations that relate to its actions as a health care provider;

4. The defendant is a provider of medical and health care services to patients as defined in M.G.L. c. 231, § 60B;

5. The defendant is a radiologist;

6. Therefore, a board-certified radiologist is requested by the defendant to serve as the medical member of the Tribunal; and

7. The defendant Shraga Goldberg, M.D. is located in Suffolk County.

For the Defendant,
Shraga N. Goldberg, M.D.,
By his attorneys,

_____
Sidney W. Adler, BBO #012660
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

