◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Jue Zhang

V.

Michael Goldinger, M.D. and
Shraga Goldberg, M.D.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 12735 PB

FILED IN CLERK'S OFFICE
2005 FEB -7 P 3:11
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Shraga Goldberg, M.D.
Beth Israel Deaconess Medical Center
Radiology Department
330 Brookline Avenue
Boston, MA 02215

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, Esq.
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          DEC 30 2004

CLERK

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 21, 2005

I hereby certify and return that on 1/12/2005 at 11:36AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to N.Doolcie, agent in charge at time of service, for Shraga Goldberg, M.D., at Beth Israel Deaconess Medical Center, Radiology Department, 330 Brookline Avenue Boston, MA 02125. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    Arthur Isberg                                      _____
                                                                         Deputy Sheriff

---

*(The following AO 440 Return of Service form appears inverted/upside-down on the page, unfilled:)*

### RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>

| DATE | |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    Date _____    _____
                                         *Signature of Server*

_____
*Address of Server*

AO 440 (Rev. 8/01) Summons in a Civil Action

0500047