UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 25  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

JUE ZHANG,
    Plaintiff,

v.                                                            C.A. NO. 04-12735PBS

MICHAEL P. GOLDFINGER, M.D., and
SHRAGA N. GOLDBERG, M.D.,
    Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE AND JOINT MOTION FOR SEPARATE AND FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54 (b) WITH RESPECT TO THE DEFENDANT, MICHAEL P. GOLDFINGER, M.D. *ONLY*

    Now come the plaintiff, Jue Zhang, and the defendant, Michael P. Goldfinger, M.D., parties to the above-entitled action and, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that all claims asserted by the plaintiff in the above-entitled action against the defendant, Michael P. Goldfinger, M.D., shall be dismissed with prejudice, with each party to bear his/her own costs and attorneys fees, and with all rights of appeal waived. This stipulation applies to Michael P. Goldfinger, M.D. *only*. This stipulation is not the result of a monetary payment between the parties. The parties hereby jointly move this honorable court for entry of separate and final judgment as to the defendant Michael P. Goldfinger, M.D. *only*.

The Defendants,
MICHAEL P. GOLDFINGER, M.D., and
SHRAGA N. GOLDBERG, M.D.,
By their Attorneys,

_____
Sidney W. Adler, BBO #012660
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
230 Congress Street, 10th Floor
Boston, MA 02110
(617) 423-6674

The Plaintiff,
JUE ZHANG,
By her Attorneys,

_____
Barry Lang, Esq. BBO #565438
Zachary Lang, Esq. BBO #652055
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 2/24/05