UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jue Zhang,
      Plaintiff,

V.

Michael P. Goldfinger, M.D.,
      Defendant.

CIVIL ACTION: 04-12735-PBS

**FINAL JUDGMENT**

SARIS, U.S.D.J.                         March 9, 2005

Pursuant to the Stipulation of Dismissal entered into by the parties on February 25, 2005, it is ORDERED and ADJUDGED that final judgment is hereby entered dismissing all claims against Defendant, Michael P. Goldfinger, M.D. with prejudice.

By the Court,

/s/ Robert C. Alba
Deputy Clerk