UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
JUE ZHANG,                         )
        Plaintiff,                 )
                                   )
v.                                 )    C.A. NO.  04-12735PBS
                                   )
SHRAGA N. GOLDBERG, M.D.,          )
        Defendants.                )
_____)

## NOTICE OF CHANGE OF FIRM ADDRESS

TO THE CIVIL CLERK:

    Pursuant to Massachusetts Rules of Civil Procedure, Rule 11(d), notice of a change of firm address is hereby given and is effective June 6, 2005 as follows:

ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, MA  02110
Telephone:  (617) 423-6674
Telefax: (617) 423-7152

Our telephone and telefax numbers will remain the same.

A copy of this notice has been forwarded to all counsel of record.

    The Defendants,
    SHRAGA N. GOLDBERG, M.D.,
    By their attorneys,


_____
Sidney W. Adler, BBO #012660
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
230 Congress Street, 10th Floor
Boston, MA  02110
(617) 423-6674