UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
JUE ZHANG,                          )
                Plaintiff,          )
                                    )
v.                                  )     C.A. NO.  04-12735PBS
                                    )
SHRAGA N. GOLDBERG, M.D.,           )
                Defendants.         )
_____)

INITIAL DISCLOSURES OF THE DEFENDANT SHRAGA N. GOLDBERG, M.D.
PURSUANT TO FED. R. CIV. P. 26(a)(1) and LOCAL RULE 26.2

The defendant, Shraga N. Goldberg, M.D., by and through his attorneys, respectfully

provide the following initial disclosures pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2:

I.     **WITNESSES:**

The following individuals who are not planned to be called solely for impeachment may
have discoverable information relevant to this matter:

➢ Jue Zhang
➢ Jue Zhang's husband
➢ Shraga N. Goldberg, M.D.
➢ Michael Goldfinger, M.D.
➢ The plaintiff's subsequent treating physicians
➢ Any witness listed by the plaintiff in their Automatic Disclosure or any document

The defendants specifically reserve the right to supplement this list with the names of any
other individuals who are identified at a later time.

II.    **DOCUMENTS**

The following documents may be relevant to this matter:

➢ The Medical records and X-rays of the plaintiff, which are being gathered by Authorizations
and copies of anything received are provided to the plaintiff.

The defendant has no knowledge of any other documents that are responsive to the
disclosure requirements of Fed. R. Civ. P. 26(a)(1) at this time.  The defendant reserves its right
to supplement this response throughout the course of discovery.

IV.    **INSURANCE**

The defendant is covered through a policy of insurance through Risk Management Foundation in the amount of $5M/$10M.

The Defendant,
SHRAGA N. GOLDBERG, M.D.,
By his attorney,


/s/ Jennifer Boyd Herlihy
Sidney W. Adler, BBO #012660
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA  02110
(617) 423-6674