UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jue Zhang
Plaintiff,

      V.                                    Civil Action Number
                                          04-12735-PBS

Shraga Goldberg
Defendant.                                September 13, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 3/30/06

Plaintiff's expert designation deadline: 4/30/06

Defendant's expert designation deadline: 5/30/06

Expert discovery deadline: 8/30/06

Final Pretrial Conference: 9/19/06 at 2:00 p.m.

Jury Trial: 9/25/06 at 9:00 a.m.

Case to be referred to Mediation program: January, 2006

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk