# ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
LAURA BERG SUSICH
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
JENNIFER A. NORTON
E. AMY TUCCI

*also admitted in RI

September 7, 2005

Robert Alba
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Jue Zhang vs. Shraga N. Goldberg, M.D.
    Civil Action Number: 04-12735PBS

Dear Mr. Alba:

Pursuant to our telephone conversation this morning, by agreement of all parties, we have continued the Pre-Trial Conference in this matter from September 9, 2005 to September 13, 2005 at 9:45 a.m.

Thank you for your cooperation in this regard.

Very truly yours,

Jennifer Boyd Herlihy

JBH/jmd
cc: Barry D. Lang, Esquire