# United States District Court
# District of Massachusetts

JUE ZHANG,
        Plaintiff,

V.                              CIVIL ACTION NO. 2004-121735-RBC

MD SHRAGA GOLDBERG,
        Defendant.

### *ORDER VACATING ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION*

**COLLINGS, U.S.M.J.**

    At a Status Conference, counsel jointly informed the Court that they did not wish to mediate the case through the Court's ADR program. Evidently, Judge Saris, when the case was assigned to her, referred the case *sua sponte* without input from counsel.

    Accordingly, the Order of Reference to the Court's ADR program is VACATED, and the mediation session scheduled before Judge Bowler on January 30, 2006 is CANCELLED.

                                 /s/ *Robert B. Collings*
                                 **ROBERT B. COLLINGS**
                                 **United States Magistrate Judge**

Date: December 12, 2005.

Copy to:

Judge Bowler

Rebecca Tyler, Esquire

Counsel for the parties.