*Notify*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                           SUPERIOR COURT
                                                       CIVIL ACTION
                                                       NO: 2005-0709E

Jue Zhang
          PLAINTIFF


V.


Michael P. Goldfinger M.D. et al
          DEFENDANT



ORDER


AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK

SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO

THE United States District Court  : DOCKET  #04-12735PBS


                              BY THE COURT, Sanders, J.

                              *Catherine A. Simone*
                              ASST. CLERK


DATED: February 15, 2006

*Notice sent 2/15/06*
BDL MD + Assoc - BDL + ZBL
AC H W + G LLP - S.W.A. + J.C.B.H.
          *DC*
          1216

MASXP-20051129
carango.
Case 1:04-cv-12735-RBC    Document 24-2    Filed 02/21/2006    Page 1 of 3
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket
02/15/2006
09:34 AM

## SUCV2005-00709
## Zhang v Goldfinger MD et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 02/23/2005 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 02/15/2006 | Session | E - Civil E, 3 Pemberton Sq, Boston | | |
| Origin | 91 | Case Type | Z01 - Med malpractice hrg only (231,60B) | | |
| Lead Case | | Track | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | | Answer | | Rule12/19/20 | |
| Rule 15 | | Discovery | | Rule 56 | |
| Final PTC | | Disposition | 09/21/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Jue Zhang
Active 02/23/2005

**Private Counsel 565438**
Barry D Lang
Barry D Lang MD & Associates
1 State Street
Suite 1050
Boston, MA 02109
Phone: 617-720-0176
Fax: 617-720-1184
Active 02/23/2005 Notify

**Private Counsel 652055**
Zachary B Lang
Barry D Lang MD & Associates
1 State Street
Suite 1050
Boston, MA 02109
Phone: 617-720-0176
Fax: 617-720-1184
Active 02/23/2005 Notify

**Defendant**
Michael Goldfinger MD
Answered: 02/23/2005
Answered 02/23/2005

**Private Counsel 012660**
Sidney W Adler
Adler Cohen Harvey Wakeman &
Guekguezian LLP
75 Federal Street
10th Floor
Boston, MA 02110
Phone: 617-423-6674
Fax: 617-423-7152
Active 02/23/2005 Notify

**Private Counsel 636815**
Jennifer L Boyd Herlihy
Adler Cohen Harvey Wakeman &
Guekguezian LLP
75 Federal St.
10th Floor
Boston, MA 02110
Phone: 617-423-6674
Fax: 617-423-7152
Active 02/23/2005 Notify

MASXP-20051129  
carang.  
02/15/2006  
09:34 AM

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2005-00709
### Zhang v Goldfinger MD et al

| Defendant | Private Counsel 012660 |
|---|---|
| Shraga Goldberg MD<br>Answered: 02/23/2005<br>Answered 02/23/2005 | Sidney W Adler<br>Adler Cohen Harvey Wakeman &<br>Guekguezian LLP<br>75 Federal Street<br>10th Floor<br>Boston, MA 02110<br>Phone: 617-423-6674<br>Fax: 617-423-7152<br>Active 02/23/2005 Notify<br><br>**Private Counsel 636815**<br>Jennifer L Boyd Herlihy<br>Adler Cohen Harvey Wakeman &<br>Guekguezian LLP<br>75 Federal St.<br>10th Floor<br>Boston, MA 02110<br>Phone: 617-423-6674<br>Fax: 617-423-7152<br>Active 02/23/2005 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/23/2005 | | Medical malpractice hearing only (231,60B); docket#04-12735PBS pending in U.S. District Court |
| 02/23/2005 | | Origin 91, Type Z01, Track X. |
| 02/23/2005 | 1.0 | Copy of Complaint & jury demand |
| 02/23/2005 | 2.0 | Copy of ANSWER & Jury demand: Defendant Michael Goldfinger MD (all issues) |
| 02/23/2005 | 3.0 | Copy of ANSWER & Jury demand: Defendant Shraga Goldberg MD (all issues) |
| 02/23/2005 | 4.0 | Copy of Defendants Michael Goldfinger MD & Shraga Goldberg MD's MOTION for Transfer to the Suffolk Superior Court to Convene a Medical Malpractice Tribunal - ALLOWED (Saris, J) |
| 02/23/2005 | 5.0 | Copy of docket entries received from U.S. District Crt |
| 02/23/2005 | 6.0 | Civil action cover sheet re: Malpractice |
| 06/08/2005 | 7.0 | Offer of proof of plff |
| 06/29/2005 | 8.0 | Medical malpractice tribunal report: as to Jue Zhang v Michael Goldfinger MD that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Paul Troy, Justice) Copies mailed June 27, 2005 (entered 6/24/05) |
| 06/29/2005 | 9.0 | Medical malpractice tribunal report: as to Jue Zhang v Shraga Goldberg MD that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Paul Troy, Justice) Copies mailed June 27, 2005 (entered 6/24/05) |
| 02/15/2006 | 10.0 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk Superior Court: The Above entitled action is hereby Ordered Remanded to the United States District Court: Docket #04-12735PBS(Sanders, J) Notice sent 2/15/06 |
| 02/15/2006 | | TRANSFERRED to USDC |

### EVENTS

MASXP-20051129  
carang-1

Case 1:04-cv-12735-RBC   Document 24-2   Filed 02/21/2006   Page 3 of 3

**Commonwealth of Massachusetts**  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

02/15/2006  
09:34 AM

### SUCV2005-00709
### Zhang v Goldfinger MD et al

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 06/24/2005 | Civil A, 3 Pemberton Sq, Boston | Malpractice tribunal | Event held as scheduled |

I HEREBY ATTEST AND CERTIFY ON

Feb. 15, 2006 THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk