UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUE ZHANG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO.  04-12735PBS |
| | ) | |
| SHRAGA N. GOLDBERG, M.D., | ) | |
| Defendants. | ) | |

## MOTION OF THE DEFENDANT, SHRAGA N. GOLDBERG, M.D., FOR COURT ORDERS TO OBTAIN DOCUMENTS FROM THE DEPARTMENTS OF THE UNITED STATES GOVERNMENT

### INTRODUCTION

NOW COMES, the defendant, Shraga N. Goldberg, M.D. ("defendant"), and hereby

requests that the Court execute the proposed Orders (attached to the Memorandum) to obtain

files of the plaintiff and her husband from the following: (1) U.S. Department of State, Office of

Information Programs and Services and; (2) Department of Homeland Security, U.S. Citizenship

and Immigration Services.  As reasons therefore, the defendant relies on the discussion in the

Memorandum filed with the Court contemporaneously pursuant to USDC Local Rule 7.1(B)(1).

For the Defendant,
Shraga N. Goldberg, M.D.,
By his attorneys,

_____
Sidney W. Adler, BBO #012660
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
  & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on 5/10/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUE ZHANG,<br>        Plaintiff, | )<br>)<br>) | |
| v. | )<br>)<br>) | C.A. NO.  04-12735PBS |
| SHRAGA N. GOLDBERG, M.D.,<br>        Defendants. | )<br>)<br>) | |

**MEMORANDUM IN SUPPORT OF THE
MOTION OF THE DEFENDANT, SHRAGA N. GOLDBERG, M.D.,
FOR COURT ORDERS TO OBTAIN DOCUMENTS FROM THE
DEPARTMENTS OF THE UNITED STATES GOVERNMENT**

### INTRODUCTION

NOW COMES, the defendant, Shraga N. Goldberg, M.D. ("defendant"), and hereby requests that the Court execute the proposed Orders (attached hereto as **Exhibit A**) to obtain the files of the plaintiff and her husband from the following: (1) U.S. Department of State, Office of Information Programs and Services and; (2) Department of Homeland Security, U.S. Citizenship and Immigration Services.  As reasons therefore, the defendant states the following:

### FACTS

1.    This is a medical malpractice action filed by the plaintiff in which she alleges the defendant caused a delay in the diagnosis of tuberculosis in her spine that led to unnecessary surgery and damages.

2.    The plaintiff and her husband, Yun Long, were both born and resided in China until they immigrated to this country in 1997.

3.    The plaintiff and her husband would have provided health information and undergone medical testing prior to entering the Country at that time, which should have included information or testing on the status of tuberculosis, but she could not recall at her deposition. See Deposition of the Plaintiff attached as **Exhibit B** at 27-30.

4.    The plaintiff received a positive tuberculosis test when entering graduate school at Northeastern University in approximately 1998. See Deposition of the Plaintiff attached as **Exhibit B** at 30.

5.    The plaintiff has also undergone many changes in her visa status and would have provided information on the status of her tuberculosis on her re-applications at diverse dates since 1997. See Deposition of the Plaintiff attached as **Exhibit B** at 37.

6.    Any tuberculosis test results of the plaintiff, as well as any information provided on the status of her tuberculosis (or the status of her husband's tuberculosis), which was made to any United States agency for the purposes of immigration are relevant to the case.

7.    Further, any medical records, if any, that were provided to those agencies in support of the fact they did not have tuberculosis would be relevant to the case.

8.    Lastly, the information provided in the applications is under oath and may go towards the veracity of the plaintiff.

9.    Although counsel for the plaintiff has provided other Authorizations in good faith during the course of this litigation, he would not agree to this Authorization. See Certificate under LR 7.1 filed contemporaneously with this pleading.

## ARGUMENT

There can be no doubt that in this malpractice action, the requested records are relevant to the plaintiff's claims and essential to the defense thereof. The plaintiff's records are indispensable to any evaluation of the care and treatment provided by the defendant and whether that treatment has any relationship to the alleged delay in diagnosis. Any information recorded by the United States entities will be critical in evaluating the element of causation. Further, the records do not appear to be covered by any privilege, such as a patient-psychotherapist privilege, that would require any additional balancing tests.

The defendant will be severely prejudiced if the records and information requested are not disclosed. Denying the defendant access to the records may well impair access to available defenses against the plaintiff's claims. The requested records contain information that is probative of the facts surrounding the claim. Further, these documents were signed under oath and may be relevant to the veracity of the plaintiff's deposition testimony.

## CONCLUSION

WHEREFORE, the defendant requests that this Court execute the Orders attached as **Exhibit A**.

## REQUEST FOR ORAL ARGUMENT

Should it assist the Court, the defendant requests an oral argument on the matter pursuant to USDC Local Rule 7.1(D).

For the Defendant,
Shraga N. Goldberg, M.D.,
By his attorneys,

_____
Sidney W. Adler, BBO #012660
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand/mail) on 5/10/06

3

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JUE ZHANG,                                    )
            Plaintiff,                      )
                                     )
                                     )
v.                                            )          C.A. NO.  04-12735PBS
                                     )
SHRAGA N. GOLDBERG, M.D.,                      )
            Defendants.                     )

## ORDER FOR INSPECTION AND COPYING OF RECORDS

It is hereby ordered that the Keeper of Records for the U.S. Department of State, Office of Information Programs and Services, A/ISS/IPS/RL, U.S. Department of State, SA-2, Washington, D.C. 02522-8100, or the person or persons in charge of these records, shall furnish to Jennifer Boyd Herlihy, Esq., of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Floor 10, Boston, MA, 02110, as Attorney for the Defendant, complete copies of any and all records concerning or relating to Jue Zhang, SSN: 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, DOB: 12/6/73, Country of Birth: China, including but not limited to visa, consular, passport, and medical records, upon the payment of a reasonable fee.

By the Court

_____

Justice of the District Court

Dated: _____

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUE ZHANG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO.  04-12735PBS |
| | ) | |
| SHRAGA N. GOLDBERG, M.D., | ) | |
| Defendants. | ) | |

**ORDER FOR INSPECTION AND COPYING OF RECORDS**

It is hereby ordered that the Keeper of Records for the U.S. Department of State, Office of Information Programs and Services, A/ISS/IPS/RL, U.S. Department of State, SA-2, Washington, D.C. 02522-8100, or persons in charge of these records, shall furnish to Jennifer Boyd Herlihy, Esq., of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Floor 10, Boston, MA, 02110, as Attorney for the Defendant, complete copies of any and all records concerning or relating to Yun Long, DOB: 11/7/72, Country of Birth: China, including but not limited to visa, consular, passport, and medical records, upon the payment of a reasonable fee.

By the Court

_____

Justice of the District Court

Dated: _____

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUE ZHANG,<br>        Plaintiff, | )<br>)<br>)<br>) |
| v. | )    C.A. NO.  04-12735PBS |
| SHRAGA N. GOLDBERG, M.D.,<br>        Defendants. | )<br>)<br>)<br>) |

## ORDER FOR INSPECTION AND COPYING OF RECORDS

It is hereby ordered that the Keeper of Records for the Department of Homeland Security, U.S. Citizenship and Immigration Services, FOIA/PA, 111 Massachusetts Avenue, Washington, D.C.  20529, or the person or persons in charge of these records, shall furnish to Jennifer Boyd Herlihy, Esq., of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal Street, Floor 10, Boston, MA, 02110, as Attorney for the Defendant, complete copies of any and all records concerning or relating to Jue Zhang, SSN: 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, DOB: 12/6/73, Country of Birth: China, including but not limited to records relating to pending applications, visa petition approval, records of naturalization, and proof of status, upon the payment of a reasonable fee.

By the Court

_____
Justice of the District Court

Dated: _____

7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

JUE ZHANG,                          )
          Plaintiff,               )
                        )
                        )
v.                                  )          C.A. NO.  04-12735PBS
                        )
SHRAGA N. GOLDBERG, M.D.,            )
          Defendants.              )

## ORDER FOR INSPECTION AND COPYING OF RECORDS

It is hereby ordered that the Keeper of Records for the Department of Homeland Security,

U.S. Citizenship and Immigration Services, FOIA/PA, 111 Massachusetts Avenue,

Washington, D.C.  20529, or persons in charge of these records, shall furnish to Jennifer

Boyd Herlihy, Esq., of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 75 Federal

Street, Floor 10, Boston, MA, 02110, as Attorney for the Defendant, complete copies of any

and all records concerning or relating to Yun Long, DOB: 11/7/72, Country of Birth: China,

including but not limited to records relating to pending applications, visa petition approval,

records of naturalization, and proof of status, upon the payment of a reasonable fee, upon the

payment of a reasonable fee.

By the Court

_____
Justice of the District Court

Dated: _____

8

**EXHIBIT B**

ORIGINAL

1

**VOLUME I**
**PAGES 1 - 155**
**EXHIBITS: 1 - 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
JUE ZHANG,                             *
          Plaintiff,                   *
                                       *
vs.                                    *
                                       *  C.A. NO.
                                       *  04-12735PBS
SHRAGA N. GOLDBERG, M.D.,              *
          Defendant                    *
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

   **DEPOSITION OF JUE ZHANG,** a witness called
on behalf of the Defendant, taken pursuant to
the applicable provisions of the Federal Rules
of Civil Procedure before Deanna L. Veinotte,
CSR #100293, Registered Professional Reporter
and Notary Public within and for the
Commonwealth of Massachusetts, at the offices
of Adler, Cohen, Harvey, Wakeman & Guekguezian,
75 Federal Street, Boston, Massachusetts, on
Friday, February 17, 2006, commencing at
11:00 a.m.

EPPLEY COURT REPORTING
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795    (508) 478-0595 (Fax)
leppley@msn.com

27

Q.    There would be no employment records?

A.    Uh-huh.

Q.    That's correct?

A.    Yeah.

Q.    Okay.  Prior to coming here from China, had you ever been hospitalized?

A.    Being in China have I ever been --

Q.    Hospitalized?

A.    Not that I remember, no, not that kind of thing.  I was very healthy.

Q.    That was my question if you had any previous medical history before coming to the United States in 1997?

A.    No.

Q.    And then when you did come to the United States you had to take a tuberculosis test; is that correct?

A.    I think I took at Northeastern University.

Q.    At Northeastern for admission?

A.    Yeah.

Q.    You didn't have to do it before you came to the United States?

A.    I think I did.  I have some exams

1    before I leave country we have required --

2    they're required, foreign country, for that

3    type of exams.

4         Q.    Okay.

5         A.    But I don't know detail what they are

6    and I forgot already.

7         Q.    Why don't we mark this as Exhibit 1.

8              (Exhibit 1, Answers to

9              Interrogatories, so marked.)

10        Q.    I'm going to show you what we've

11   marked as Exhibit 1 and ask you to look at the

12   last page and tell me if that's your signature?

13        A.    Yes.

14        Q.    And just for the record, what date is

15   that?

16        A.    January 20.

17        Q.    Did you review these answers before

18   signing them?

19        A.    Yes.

20        Q.    And you ensured that they were

21   accurate?

22        A.    Yes.

23        Q.    I'm going to have you turn to answer

24   No. 22.  If you see 22B indicates that you took

29

1    a required medical exam including a chest x-ray

2    and blood test before coming to the United

3    States?

4        A.    Uh-huh.

5        Q.    Does that refresh your memory as to

6    what was required before you came to this

7    country?

8        A.    I took required medical exam before I

9    came to the United States and everything is

10   normal.

11       Q.    Okay.  And do you remember undergoing

12   those tests?

13       A.    Whatever they required I think I took.

14       Q.    Do you remember getting a chest x-ray?

15       A.    I'm not sure.

16       Q.    Okay.

17       A.    Supposed to.  That's what I think.

18   That's why I think that's right.  Supposed to,

19   I don't know.  See, too many years.

20       Q.    Do you have any records that would

21   show that you had a chest x-ray?

22       A.    Northeastern when I apply to the

23   school, I submit my exams about this one.

24       Q.    That's fine.  I'll do an authorization

1    to your counsel requesting your medical chart

2    from Northeastern.

3        A.    Okay.

4        Q.    Is that where you also think you had

5    your first TB test?

6        A.    Yes, the first TB skin.

7        Q.    That wasn't required before you came?

8        A.    I don't remember.  You need to check

9    the record.  Based on memory, I don't remember.

10       Q.    I will check the record.  I'm just

11   asking if you have a memory of having a TB test

12   before 1999?

13       A.    Not in the United States.

14       Q.    Do you remember receiving a TB

15   positive?

16       A.    Yeah, at school I remember.

17       Q.    And what did they tell you about that?

18       A.    They tell me to take some antibiotics.

19       Q.    Did you get a prescription for

20   antibiotics?

21       A.    No.

22       Q.    And why is that?

23       A.    I don't know.  Actually, I also

24   don't -- right now step back, I forget whether

37

```
1        Q.    Any plans as we sit here today?

2        A.    Pardon me?

3        Q.    Any definite plans to return?

4        A.    No.  I need visa.  We're in the

5   process of green card application, after we got

6   that.

7        Q.    Can you leave if you don't have your

8   green card and come back or no?

9        A.    Lawyer would not suggest that.

10       Q.    So you're not a citizen as we are here

11  today?

12       A.    No.

13       Q.    And how are you in this country?  What

14  is the status?

15       A.    I'm keeping lots of visa type.  From

16  beginning before I study in Northeastern, I'm a

17  spouse of student, that is F2 visa, then I

18  transfer, F1, visa, student visa, then I work,

19  H1 visa.

20       Q.    Which is because you were working for

21  EMC?

22       A.    Yeah, H1B, then I didn't work but my

23  husband work, I hold H4 visa.  Then I change

24  back to F1 visa, student visa again.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JUE ZHANG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 04-12735PBS |
| | ) | |
| SHRAGA N. GOLDBERG, M.D., | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I, counsel for the defendant, Shraga Goldberg. M.D., hereby certifies that I have conferred with counsel for the plaintiff and requested that they provide Authorizations for the entities listed in the Motion for Court Orders. Plaintiff's counsel declined to execute the Authorizations and advised that the defendant should file a Motion for Court Orders.

SWORN TO THIS 10th DAY OF May, 2006.

_____
Jennifer Boyd Herlihy

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)/(mail) on _____