**ADLER, COHEN, HARVEY,**
**WAKEMAN & GUEKGUEZIAN**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
LAURA BERG SUSICH
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
JENNIFER A. NORTON
E. AMY TUCCI*

*also admitted in RI
*also admitted in CT

FILED
IN CLERK'S OFFICE
2006 JUN 28  A 10: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 28, 2006

via hand delivery

Judge Robert D. Collings
Clerk's Office – Civil
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   Jue Zhang vs. Shraga N. Goldberg, M.D.
      Civil Action Number:  04-12735-PBS  RBC

Dear Judge Collings:

Enclosed for your *ex parte, in camera review,* please find a copy of the following document: *Affidavit of Defense Counsel*.  This Affidavit is being filed in accordance with the Court's ruling of June 19, 2006, in which you allowed the defendant to provide additional information via an Affidavit discussing expected expert testimony for your review in connection with determining the relevance of the defendant's Motion for Order to Obtain Documents from the Department of the United States Government (paper 27).

**This enclosure is not being sent to plaintiff's counsel and I would specifically request that it not be scanned or entered on the Court's electronic docket.**

Thank you for your attention to this matter.

Very truly yours,

Jennifer Boyd Herlihy

JBH/jmd
Enclosure(s)

cc:    Barry D. Lang, Esquire  (WITHOUT ENCLOSURE)

75 FEDERAL STREET BOSTON, MASSACHUSETTS 02110
TELEPHONE 617 423 6674 / TELEFAX 617 423 7152
E-MAIL ACHWG@ACHWG.COM / WEBSITE WWW.ACHWG.COM

[Handwritten margin notes: "The within letter be reviewed, docketed + filed."  "JUN 29 2006"]