UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JUE ZHANG, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO.  04-12735PBS |
| | ) | |
| SHRAGA N. GOLDBERG, M.D., | ) | |
|       Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

*TO THE CLERK OF THE ABOVE NAMED COURT:*

Please enter the appearance of Ellen Epstein Cohen as counsel for the defendant, Shraga N. Goldberg, M.D., in the above-entitled case.

The Defendant,
SHRAGA N. GOLDBERG, M.D.,
By his attorney,

Ellen Epstein Cohen, B.B.O. #543136
Jennifer Boyd Herlihy, BBO #636815
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA  02110
(617) 423-6674

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) to