UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUE ZHANG,<br>    Plaintiff,<br><br>v.<br><br>SHRAGA N. GOLDBERG, M.D.,<br>    Defendants. | C.A. NO. 04-12735PBS |

### NOTICE OF WITHDRAWAL

    Please withdraw my appearance as counsel for the Defendant, Shraga N. Goldberg, M.D. in the above-entitled action. Ellen Epstein Cohen, Esquire and Jennifer Boyd Herlihy, Esquire, also of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, will remain as counsel to the defendant on this case.

    Respectfully Submitted,

/s/ Sidney W. Adler
Sidney W. Adler, BBO #012660
Adler, Cohen, Harvey,
  Wakeman & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674