UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUE ZHANG,<br>    Plaintiff,<br><br>v.<br><br>SHRAGA N. GOLDBERG, M.D.,<br>    Defendants. | C.A. NO. 04-12735PBS |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

    Now come the plaintiff, Jue Zhang, and the defendant, Shraga N. Goldberg, M.D., parties to the above-entitled action and, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that all claims asserted by the plaintiff in the above-entitled action against the defendant shall be dismissed with prejudice, with each party to bear his/her own costs and attorneys fees, and with all rights of appeal waived. This stipulation is not the result of a monetary payment between the parties.

| | |
|---|---|
| The Defendant,<br>SHRAGA N. GOLDBERG, M.D.,<br>By his Attorneys,<br><br>_____<br>Ellen Epstein Cohen, BBO #657642<br>Jennifer Boyd Herlihy, BBO #636815<br>Adler, Cohen, Harvey, Wakeman<br> & Guekguezian, LLP<br>75 Federal Street, 10th Floor<br>Boston, MA 02110<br>(617) 423-6674 | The Plaintiff,<br>JUE ZHANG,<br>By her Attorneys,<br><br>_____<br>Barry Lang, Esq. BBO #565438<br>Zachary Lang, Esq. BBO #652055<br>Barry D. Lang, M.D. & Associates<br>One State Street, Suite 1050<br>Boston, MA 02109<br>(617) 720-0176 |